**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **Jane Doe (H.E.W.), an Individual**<br>*Plaintiff*<br><br>**v.**<br><br>**ARBORETUM HOSPITALITY, INC;**<br>**RADISSON HOSPITALITY, INC. d/b/a**<br>**COUNTRY INN AND SUITES; AMIN**<br>**DEVELOPMENT CORPORATION; OM**<br>**NAMA MAHA LAXMI, LLC; CHAMPION**<br>**REGIONAL DEVELOPMENT, LLC;**<br>**BRE/LQ TX PROPERTIES d/b/a**<br>**BAYMONT; RADIENT PROPERTIES, LLC**<br>**d/b/a DAYS INN**<br>*Defendants* | **CIVIL ACTION NO.: 3:23-CV-02573-D** |

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS, ARBORETUM HOSPITALITY, INC; RADISSON HOSPITALITY, INC. d/b/a COUNTRY INN AND SUITES; AMIN DEVELOPMENT CORPORATION; OM NAMA MAHA LAXMI, LLC; CHAMPION REGIONAL DEVELOPMENT, LLC; BRE/LQ TX PROPERTIES d/b/a BAYMONT; RADIENT PROPERTIES, LLC d/b/a DAYS INN**

COMES NOW, Plaintiff Jane Doe (H.E.W.)., an individual, and files this Notice of Dismissal of Defendants Arboretum Hospitality, Inc; Radisson Hospitality, Inc. d/b/a Country Inn and Suites; Amin Development Corporation; Om Nama Maha Laxmi, LLC; Champion Regional Development, LLC; BRE/LQ Tx Properties d/b/a Baymont; Radient Properties, LLC d/b/a Days Inn, and in support thereof provide as follows:

I.

1.      Plaintiff's Original Complaint named, Defendants Arboretum Hospitality, Inc; Radisson Hospitality, Inc. d/b/a Country Inn and Suites; Amin Development Corporation; Om

Nama Maha Laxmi, LLC; Champion Regional Development, LLC; BRE/LQ Tx Properties d/b/a Baymont; Radient Properties, LLC d/b/a Days Inn have not answered or filed any dispositive motions, nor have they filed any motions for summary judgment.

2.      Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff is entitled to dismissal of her claims against Defendants Arboretum Hospitality, Inc; Radisson Hospitality, Inc. d/b/a Country Inn and Suites; Amin Development Corporation; Om Nama Maha Laxmi, LLC; Champion Regional Development, LLC; BRE/LQ Tx Properties d/b/a Baymont; Radient Properties, LLC d/b/a Days Inn, by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. Neither has occurred here; therefore, Plaintiff is entitled to this dismissal.

3.      Plaintiff hereby gives notice of dismissal of all claims against Arboretum Hospitality, Inc; Radisson Hospitality, Inc. d/b/a Country Inn and Suites; Amin Development Corporation; Om Nama Maha Laxmi, LLC; Champion Regional Development, LLC; BRE/LQ Tx Properties d/b/a Baymont; Radient Properties, LLC d/b/a Days Inn

4.      This dismissal is without prejudice.

5.      This dismissal is as to Arboretum Hospitality, Inc; Radisson Hospitality, Inc. d/b/a Country Inn and Suites; Amin Development Corporation; Om Nama Maha Laxmi, LLC; Champion Regional Development, LLC; BRE/LQ Tx Properties d/b/a Baymont; Radient Properties, LLC d/b/a Days Inn.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jane Doe (H.E.W.), dismisses her claims against Defendants Arboretum Hospitality, Inc; Radisson Hospitality, Inc. d/b/a Country Inn and Suites; Amin Development Corporation; Om Nama Maha Laxmi, LLC;

Champion Regional Development, LLC; BRE/LQ Tx Properties d/b/a Baymont; Radient Properties, LLC d/b/a Days Inn without prejudice.

DATED: December 1, 2023

Respectfully submitted,

**PROVOST ✶ UMPHREY LAW FIRM**

BRYAN O. BLEVINS, JR. (SB 02487300)
MATT MATHENY (SB 24039040)
COLIN D. MOORE (SB 24041513)
CLAIRE BROWN (SB 24108010)
350 Pine Street, Ste., 1100
Beaumont, TX 77701
Phone: (409) 835-6000
bblevins@pulf.com
mmatheny@pulf.com
cmoore@pulf.com
cbrown@pulf.com

**ANNIE MCADAMS, PC**

ANNIE MCADAMS (SB 24051014)
1150 Bissonnet
Houston, TX 77005
Phone: (713) 785-6262
Fax: (866) 713-6141
annie@mcadamspc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December 2023, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

Bryan O. Blevins, Jr.